# Order

**Michigan Supreme Court**
**Lansing, Michigan**

February 1, 2008

Clifford W. Taylor,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

130959(45)
130967-130968

TAMARA BRANCHE, Personal Representative
of the Estate of Tommie Charles Tyson, Deceased,
            Plaintiff-Appellee,

v

SINAI-GRACE HOSPITAL, a/k/a SINAI
HOSPITAL OF GREATER DETROIT,
            Defendant-Appellant,
and

DANIEL J. WALZ, M.D.,
            Defendant.

_____

SC: 130959
COA: 266304
Wayne CC: 04-425218-NH

TAMARA BRANCHE, Personal Representative
of the Estate of Tommie Charles Tyson, Deceased,
            Plaintiff-Appellee,

v

SINAI-GRACE HOSPITAL, a/k/a SINAI
HOSPITAL OF GREATER DETROIT,
            Defendant-Appellee,
and

DANIEL J. WALZ, M.D.,
            Defendant-Appellant.

_____

SC: 130967, 130968
COA: 266673
Wayne CC: 04-425218-NH

        On order of the Chief Justice, a stipulation signed by the attorneys for the parties agreeing to the dismissal of the applications for leave to appeal is treated as agreeing also to the dismissal of the motions for reconsideration and, so treated, the applications and motions are DISMISSED with prejudice and without costs.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

February 1, 2008



Clerk